[No. 22019–5–I.   Division One.   February 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DARCY JANINE SCHUBAUER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04052–2, Warren Chan, J., entered March 15, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 12463–7–II.   Division Two.   February 20, 1990.]

BARBARA MILLER, ET AL, *Respondents,* v. TIMOTHY ROBERT PODHORA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–2–00470–3, James D. Ladley, J., entered November 18, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 12712–1–II.   Division Two.   February 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAYSON THOMAS SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–03010–5, Thomas R. Sauriol, J., entered March 29, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.